An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

PREMIER MAINTENANCE SERVICE OF NORTHERN NEVADA; AND JESSE ANDERSON,
Appellants,
vs.
LAST DOLLAR ENTERPRISES, LLC; AND RICHARD J. DOLAN,
Respondents.

No. 67171

**FILED**

JUN 2 2 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This pro se appeal was docketed in this court on January 7, 2015, without payment of the requisite filing fee. According to appellant, the district court denied his petition to proceed in forma pauperis on November 25, 2014. On June 2, 2015, this court entered an order directing appellant to pay the filing fee within ten days or this appeal would be dismissed. To date, appellant has not paid the filing fee or otherwise responded to this court's order. Accordingly, cause appearing, this appeal is hereby dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. James Todd Russell, District Judge
Jesse Anderson
Richard J. Dolan
Carson City Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-19011